RECEIVED BY MAIL

JUL 07 2009

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Taalik Ibn'rad　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
_____）
　　　　　　　　　　　　　　　　）
_____）
　　　　　　　　　　　　　　　　）
(Enter above the full name of the Plaintiff[s]　）
in this action.)　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　- vs -　　　　　　 ）
　　　　　　　　　　　　　　　　）　Case No. _____
Google Inc.　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）　　(To be assigned by Clerk
　　　　　　　　　　　　　　　　）　　of District Court)
_____）
　　　　　　　　　　　　　　　　）
_____）
　　　　　　　　　　　　　　　　）
_____）
　　　　　　　　　　　　　　　　）
(Enter above the full name of ALL Defend-　）
ant[s] in this action. Fed. R. Civ. P. 10(a)　）
requires that the caption of the complaint　）
include the names of all the parties. Merely　）
listing one party and "et al." is insufficient.　）
Please attach additional sheets if necessary.　）

**COMPLAINT**

I.　State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Discrimination based on race and gender in use of their YouTube franchise

II. Plaintiff, Taalik Ibiral resides at 7457 Chandler Avenue, St. Louis, St. Louis, Missouri, 63136, 314 795-2980.

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Google Inc. lives at, or its business is located at 901 Cherry Avenue, San Bruno, (Unknown), California, 94066.

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

① The defendant allows a person to spend hours upon hours building a video library even selling them as they do me marketing of these videos and channel but for no valid reason suspend the account. The owner is given no reason or opportunity to challenge any accusation made against him or her.

② The defendant suspends plaintiff's work for no valid reason as he has never violated its terms of use, the plaintiff notices that his being a male and offering positive videos for the Black community is a factor. Discrimination is clear as many videos that are in violation of terms of use are never removed full of nudity, profane words, racial hatred, gender hatred

③ YouTube makes it easy for silly complaints to have vids or channels removed after hours of labor building a channel or page

V. Relief: State briefly and exactly what you want the Court to do for you.

Address these discriminatory practices by YouTube
Plaintiff wants his channel uploaded again
Plaintiff wishes a refund of his money paid for marketing videos
A change in policy to make it difficult to have channels suspended

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$1,000.00 the hours put into building a channel being removed for no valid reason

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of July, 20 09

Taalib Ahmad

Signature of Plaintiff(s)

4