# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Ibnrad
_____
Plaintiff(s),

v.

Google Inc.
_____,
Defendant(s).

RECEIVED BY MAIL
JUL 0 7 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

No. _____

## MOTION TO PROCEED IN FORMA PAUPERIS
## AND FINANCIAL AFFIDAVIT

I, __Taalik Ibnrad__, hereby apply for leave to proceed in this action without prepayment of fees or costs and without giving security therefor. In support of this application, I declare that the following facts are true:

(1) I am the plaintiff in this case and I believe I am entitled to relief.

(2) Because of my poverty I am unable to prepay the costs of this proceeding or to give security therefor.

(3) The nature of my action, defense, or appeal is briefly stated as follows:

I declare under penalty of perjury that the foregoing is true and correct. Executed on __July 06__, 20__09__.

_____
Signature of plaintiff