**RECEIVED BY MAIL**

JUL 0 7 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| Taalik Ibnrad, Plaintiff, | ) ) ) ) ) ) |
| vs. | ) Case No. _____ |
| Google Inc., Defendant(s). | ) ) ) ) |

**MOTION FOR APPOINTMENT OF COUNSEL
AND AFFIDAVIT IN SUPPORT**

I, Taalik Ibnrad, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

    (1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

    (2) Because of my poverty I am unable to pay a reasonable attorney fee.

    (3) I have made diligent efforts to obtain legal counsel but because of my poverty I have been unable to secure same.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___July 06___, 20_09_.

_____
Signature of Plaintiff